UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIANNA ASHLEIGH STEVENSON,<br><br>                              Plaintiff,<br><br>          -against-<br><br>AVERY EARLS, *et al.*,<br><br>                              Defendants. | 23-CV-10375 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

This Court previously explained that the complaint in this case would be unsealed if no renewed sealing motion was filed by February 16, 2024. Dkt. 5. No such motion has been filed. So the Clerk of Court is directed to remove the access restrictions on the complaint.

SO ORDERED.

Dated: February 20, 2024
          New York, New York

ARUN SUBRAMANIAN
United States District Judge