UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIANNA ASHLEIGH STEVENSON,

                Plaintiff,

-against-

ACTION SQUARED,

                Defendant.

23-CV-10375 (AS)

ORDER OF SERVICE

Arun Subramanian, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to the following defendants: (1) Avery Earls; (2) Donald Meadows; (3) Starr Island Group Inc.; (4) Atlantic Recording Corporation; and (4) Warner Music Group. Plaintiff is directed to serve the summonses and complaint on Defendants within 90 days of the issuance of summonses.[1] If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of Court is also directed to provide Plaintiff an information package.

    SO ORDERED.

Dated:   March 20, 2024
             New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, summonses in this case were not issued when Plaintiff filed the complaint because she had not yet paid the filing fees. The Court therefore extends the time to serve until 90 days after the date summonses are issued.