UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIANNA ASHLEIGH STEVENSON,<br>　　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>AVERY EARLS, *et al.*,<br>　　　　　　　　　　　Defendants. | 23-CV-10375 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On March 26, 2024, plaintiff filed a notice of voluntary dismissal, dismissing the case against Atlantic Recording Corporation, Avery Earls, Donald Meadows, and Starr Island Group Inc.

If plaintiff intends to dismiss this case entirely, plaintiff should file another notice of voluntary dismissal to dismiss the last remaining defendant, Warner Music Group.

The Clerk of Court is directed to terminate Atlantic Recording Corporation, Avery Earls, Donald Meadows, and Starr Island Group Inc. from this case.

SO ORDERED.

Dated: March 27, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge